# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION


ONNIE ROGERS                                                            PLAINTIFF


V.                              NO. 3:12CV00243 JTR


CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered

in favor of Defendant, dismissing this case, with prejudice.

DATED this 24th day of January, 2014.


_____
UNITED STATES MAGISTRATE JUDGE